O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES HENRY, JUNIOR,

        Petitioner,

    vs.

JOHN McMAHON, et al.,

        Respondents.

)
)
)
)
)
)
)
)
)
)

Case No. EDCV 15-02384-CAS (DTB)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: April 10, 2017

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1