JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY, JUNIOR, | Case No. EDCV 15-02384-CAS (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| JOHN McMAHON, et al., | |
| Respondents. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 10, 2017

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1